**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| IGOR MALENKO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket no. 2:11-cv-250-GZS |
| | ) |
| LORI HANDRAHAN, | ) |
| | ) |
| Defendant. | ) |

**ORDER ENTERING DEFAULT**

On June 13, 2012, the Court entered its Order to Show Cause in which it provided a final warning to Defendant that it would enter default against her in light of her inexplicable failure to defend this action and comply with the Court's prior orders. No response was received by the June 25th deadline and the Clerk indicates she has received no communication from Defendant regarding this case.

Pursuant to Federal Rules of Civil Procedure 16(f) and 55(a), the Court directs the Clerk to enter a default against Defendant Lori Handrahan. Within thirty days, Plaintiff shall apply for entry of a default judgment in accordance with Federal Rule of Civil Procedure 55(b) and serve written notice of the application on Defendant as required by Rule 55(b)(2).

The Court anticipates that any damages hearing will be a bench hearing to be scheduled after the Court has had an opportunity to review Plaintiff's application. However, if Plaintiff believes he has a basis for seeking a jury trial on any remaining issues following the entry of default, the application for default judgment shall so indicate and provide supporting citation.

In light of this Order, the Court hereby REMOVES this matter from the July 2, 2012 Jury Trial List. SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 28th day of June, 2012.