## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| IGOR MALENKO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket no. 2:11-cv-250-GZS |
| | ) |
| LORI HANDRAHAN, | ) |
| | ) |
| Defendant. | ) |

## ORDER ON PRO SE MOTION

Before the Court is the Sealed Pro Se Motion filed by Defendant Lori Handrahan on August 21, 2012 (ECF No. 60).[1]  Given the procedural posture of this case, the Court treats the Motion as a motion seeking to set aside default or seeking reconsideration of the Court's June 28, 2012 Order Entering Default (ECF No. 53).  Having reviewed the Motion, along with 136 pages of attached documents, the Court DENIES the Motion.  Nothing in the materials submitted provides good cause for Defendant's repeated failure to comply with the Court's prior orders.  This failure prompted the Court to enter default on June 28, 2012.  The Motion fails to explain why Defendant has waited until this late date to have her first direct contact with the Court regarding this case.  Additionally, nothing in the Motion papers leads the Court to believe that Defendant would in fact appear and defend this case on the merits.  Rather, the Court continues to believe that Defendant's default is willful.  While Defendant remains focused on a variety of other allegations that stretch well beyond this case, this Court must remain focused on a just and speedy determination of the claims presented in this civil action, which has been ready for trial since May 2012.

Therefore, this case shall remain set for a damages hearing on August 31, 2012 at 2 P.M. with any exhibits and witness lists to be filed with the Court by August 24, 2012.  Defendant is free to appear at the hearing in-person or through counsel.

SO ORDERED.

                                              /s/ George Z. Singal
                                              United States District Judge

Dated this 22nd day of August, 2012.

---

[1] The Court has sealed the Motion and its attachments because of multiple references to a minor by name.